UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No.: | 2:21-cr-00007-SB-1 | Date: April 18, 2022 |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., United States District Judge** |
| Interpreter: | N/A |

| Jennifer Graciano | Judy Moore | Charles E. Pell, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Raymond Magana | √ | | √ | William S. Pitman, Rtd | √ | | √ |

**Proceedings:**   SENTENCING (Held and Completed)

Case called and appearances made. Also present is Adrian Yepez, Supervisory Special Agent for the IRS.

Refer to separate Judgment Order.

Defendant informed of right to appeal.

1 : 05

Initials of Deputy Clerk   jgr